| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>*DAVID L. CHAPMAN*<br>*266 HIGHWAY 34*<br>*MATAWAN, NJ 07747*<br>*732-921-2161* |
| David L. Chapman |
| |

ADV Proc Case No.:    ___24-00112

Chapter:    _____

Judge:    _____MEH____

    I, David L. Chapman, am the defendant in this case and submit this response:

    1.  The case listed in the certification from the US Trustee Office had 1 creditor, unsecured, that filed a claim.  Based on information and belief, that matter has been resolved outside of bankruptcy court.

    2. As I stated in a hearing in late October 2025 to Judge Meisel, for the year of 2026, I am focusing on attending to matters akin to the Family and Medical Leave Act.  Due to those circumstances, I am not planning to represent debtors in chapter 7 and 13 matters for the remainder of this year and have not accepted any new clients.

    3.  During this time, however, I will complete the required CLE before September 2026.

    4.  I still need ecf privileges due to unusual circumstances such as 26-11456-VFP.

I certify under penalty of perjury that the foregoing statements are true.

Date: February 19, 2026

/s/ David L. Chapman
Signature